**FILED**

DEC 0 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13cr2775-GT |
| Plaintiff, | ) | |
| v. | ) | ~~proposed~~ **ORDER** |
| **CARLOS CORONA-FLORES,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 24) requesting, the Sentencing Hearing currently set for December 6, 2013, be continued to December 17, 2013, at 9:30 a.m. be **GRANTED.**

**SO ORDERED.**

Dated: 12/3/13

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge